UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DWAYNE EVANS,

        Petitioner,         No. 04-CV-74187-DT

vs.        Hon. Gerald E. Rosen

STATE OF MICHIGAN,

        Respondent.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    October 7, 2005

PRESENT: Honorable Gerald E. Rosen
               United States District Judge

    The Court having this date entered an Order (1) adopting the Magistrate Judge's September 14, 2005 Report and Recommendation, (2) granting Respondent's Motion for Summary Judgment, and (3) dismissing this case,

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned habeas corpus action is DISMISSED.

                              s/Gerald E. Rosen
                              Gerald E. Rosen
                              United States District Judge

Dated: October 7, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record

on October 7, 2005, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager